# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

KING-BOMANI KATAHALI
LEHANA 1ST

        Petitioner,

        v.

NEW JERSEY DEPARTMENT OF
CORRECTIONS, et al.,

        Respondents.

No. 26cv5700 (RMB) (EAP)

**MEMORANDUM ORDER**

**BUMB, Chief District Judge.**

This matter comes before the Court upon Defendant New Jersey Department of Corrections' request to remand this matter to state court. Dkt. No. 4 ("Remand Request"). For the reasons set forth below, the Court will remand this matter.

## I.    BACKGROUND

On May 19, 2026, Defendant New Jersey Department of Corrections ("NJDOC") removed Plaintiff's civil rights complaint under 42 U.S.C. § 1983 to this Court pursuant to . On May 26, 2026, counsel for NJDOC advised this Court that NJDOC's co-defendant in this matter, Capital Health Systems ("Capital Health"), was served with Plaintiff's complaint before removal from state court. Dkt. No. 3 ("May 26, 2026 Letter). Capital Health declined NJDOC's request to consent to removal. *Id.* NJDOC now seeks remand to state court. Remand Request at 1.

## II.     REMAND UPON DEFECTIVE REMOVAL

Pursuant to 28 U.S.C. § 1447(c) "[a] motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a)."  NJDOC has met the statutory deadline and has identified a procedural defect in the removal—failure to obtain consent of a co-defendant who was served with the complaint in State court prior to removal.  *See Balazik v. Cnty. of Dauphin*, 44 F.3d 209, 213 (3d Cir.1995) (quoting *Cacoilo v. Sherwin-Williams Co.*, 902 F. Supp. 2d 511, 516 (D.N.J. 2012) (Under the rule of unanimity, a failure of all defendants to join in the notice of removal creates a "defect in the removal procedure within the meaning of § 1447(c).") Therefore, remand is appropriate.

## III.     CONCLUSION

For the reasons explained above,

**IT IS**, on this **26th day of June 2026**,

**ORDERED** that NJDOC's Request for Remand, Dkt. No. 4, is **GRANTED**; this matter is **REMANDED** to New Jersey Superior Court, Mercer County, Civil Division, case number MER-L-2444-25; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. mail; and it is further

**ORDERED** that the Clerk shall **CLOSE** this matter.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge